IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROY L. ELLIS,<br><br>      Petitioner,<br><br>vs.<br><br>ROB JEFFREYS, Director, Nebraska Department of Correctional Services,<br><br>      Respondent. | 8:23-CV-315<br><br>**MEMORANDUM AND ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |

  Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, Filing 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing 2. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this Court, Filing 8, leave to proceed *in forma pauperis* will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1). Accordingly,

  IT IS ORDERED:

1. Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing 2, is granted; and

2. The Court will conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases in the Court's normal course of business.

  Dated this 11th day of August, 2023.

                   BY THE COURT:

                   _____
                   Brian C. Buescher
                   United States District Judge