IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROY L. ELLIS,<br><br>                    Petitioner,<br><br>vs.<br><br>ROB JEFFREYS, Director, Nebraska Department of Correctional Services,<br><br>                    Respondent. | 8:23CV315<br><br>ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE FOR PREPARATION OF FINDINGS AND RECOMMENDATIONS FOR DISPOSITION |

The parties have now completed briefing on Petitioner's Petition under 28 U.S.C. § 2254 for A Writ of Habeas Corpus. Filing 1. The Court deems it appropriate to refer this matter to a United States Magistrate Judge for preparation of Findings and Recommendations for disposition of the Petition. Accordingly,

IT IS ORDERED that this matter is referred to United States Magistrate Judge Ryan C. Carson under 28 U.S.C. § 636(b)(1)(B) to conduct any hearings, including evidentiary hearings, and to submit to the undersigned proposed findings of fact and recommendations for the disposition by the undersigned of Petitioner's Petition under 28 U.S.C. § 2254 for A Writ of Habeas Corpus, Filing 1.

Dated this 10th day of April, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge