IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROY L. ELLIS,<br><br>                    Petitioner,<br><br>vs.<br><br>ROB JEFFREYS, Director, Nebraska Department of Correctional Services,<br><br>                    Respondent. | 8:23CV315<br><br>ORDER ON PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME |

This case is before the Court on Petitioner's Motion for Extension of Time, Filing 63, seeking an additional 60 days to file his objections to United States Magistrate Judge Ryan C. Carson's Findings and Recommendation, Filing 62. The objections are currently due on January 23, 2026. Petitioner represents that he needs additional time to address multiple arguments related to each of his multiple claims. Filing 63 at 1 (¶ 2). Petitioner's counsel is also managing several other cases with impending deadlines and upcoming travel. Filing 63 at 2 (¶ 3). Finally, Petitioner represents that counsel for Respondent does not oppose the requested extension. Filing 63 at 2 (¶ 5). The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Petitioner's Motion for Extension of Time, Filing 63, is granted. Petitioner shall have to and including March 24, 2026, to file objections to Judge Carson's Findings and Recommendation, Filing 62.

Dated this 16th day of January, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1