IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROY L. ELLIS,

                    Petitioner,

            vs.

ROB JEFFREYS, Director, Nebraska
Department of Correctional Services,

                    Respondent.

8:23-CV-315

**ORDER ON PETITIONER'S SECOND
UNOPPOSED MOTION FOR
EXTENSION OF TIME**

This matter is before the Court on Petitioner's Second Unopposed Motion for Extension of Time, Filing 65, seeking an additional 14 days to file his objections to United States Magistrate Judge Ryan C. Carson's Findings and Recommendation, Filing 62. Petitioner previously sought a 60-day extension of his deadline to file objections, which the Court granted. Filing 64. Petitioner's objections are currently due on March 24, 2026, but Petitioner seeks a 14-day extension of that deadline in part because Petitioner needs additional time to address multiple arguments related to each of his multiple claims. Filing 65 at 1–2. Petitioner's counsel is also managing several other cases with impending deadlines and upcoming travel. Filing 65 at 2. Petitioner represents that counsel for the Respondent does not oppose the request for an additional 14-day extension. Filing 65 at 2. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Petitioner's Second Unopposed Motion for Extension of Time, Filing 65, is granted. Petitioner shall have to and including April 7, 2026, to file objections to Judge Carson's Findings and Recommendation, Filing 62.

1

Dated this 19th day of March, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge